GEORGE R. DALY (GD-8616)
McDERMOTT & RADZIK, LLP
*Attorneys for Plaintiff*
Wall Street Plaza
88 Pine Street – 21st Floor
New York, NY 10005-1801

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CNA INSURANCE COMPANY,

          Plaintiff,

  - against -

M.V. TRIESTE, her engines, owner, operator,
charterers, etc.; EVERGREEN MARINE
CORP.; and SHENDA INTERNTIONAL,
INC.,

          Defendants.

------------------------------------------------------------X

ECF CASE

Case No.

**RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (Formerly Local Rule 1.9 for the Southern and Eastern Districts of New York) and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for plaintiff certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

      Please see attached

July 3, 2008
Date

                           GEORGE R. DALY (GD-8616)
                           McDermott & Radzik, LLP
                           Attorneys for Plaintiff
                           Wall Street Plaza - 88 Pine Street
                           New York, NY 10005-1801
                           (212) 376-6400

# CNA INSURANCE COMPANIES
## CNA Plaza, Chicago IL

Subsidiaries:

- Loews Corporation
- CNA Financial Corporation
- CNA Surety Corp.
- Capsure Holding Corp., Inc.
- Capsure Financial Group Inc.
- SI Aquisition Corporation
- Surewest Financial Corporation
- Surety Bonding Co of America
- Western Surety Company
- Universal Surety Holding Corp.
- Universal Surety of America
- CNA Europe Holdings Ltd.
- CNA Insurance Co. (Europe) Ltd.
- Maritime Insurance Co. Ltd.
- Continental Casualty Company
- American Gas Co. Reading, PA
- Valley Forge Insurance Co.
- CNA Casualty of Illinois
- CNA Lloyds of Texas
- CNA Re Management Company
- CNA Reinsurance Co. Ltd.
- CNA Reinsurance Company
- Columbia Casualty Company
- Continental Assurance Co.
- CNA Life Ins. of Canada
- CNA Holdings Ltd.
- CNA Chile Compania de Seguros de Vida
- Valley Forge Life Ins. Co.
- Continental National Indem. Co.
- Galway Insurance Company
- National Fire Ins. Hartford
- Transcontinental Ins. Co.
- North Rock Insurance Co. Ltd.
- Transportation Insurance Co.
- Continental Corporation
- First Insurance Co. of Hawaii
- First Fire & Cas. Ins. of Hawaii

- First Indemnity Ins. of Hawaii
- First Security Insurance of HI
- The Continental Insurance Company
- CPI Group Inc.
- East River Ins. Co. (Bermuda) Ltd.
- Continental Pacific (AU) Hdgs.
- CNA Ins. (Int. Ag) Aut Pty Ltd.
- Continental Pacific Ins. Co. (Aut) Ltd.
- Continental Reins Corp. Int.
- Bayside Reinsurance Co. Ltd.
- Continental Mgmt. Services Ltd.
- Commercial Ins. Holdings (Eur)
- Continental Life (Intern) Ltd.
- Continental Reins Corp. (UK) Ltd.
- Continental Lloyd's Ins. Co.
- Continental Ins. Co. of NJ
- Continental Reinsurance Corp.
- Hong Kong Fire Ins. Co. Ltd.
- CNA, Marine Division